61,919-11

Clerk;
Please find and file the enclosed Motion for Rehearing and the Affidavits from Loyd L. Sorrow and Marla Jan Santini

Thanks!

04-22-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

Writ No. WR-61,919-II

Trial Cause No. 874978-D

## IN THE COURT OF CRIMINAL APPEALS
## IN THE STATE OF TEXAS

EXPARTE                                    §

   LOYD LANDON SORROW          §

## APPLICATION FOR LEAVE TO FILE MOTION FOR REHEARING OF
## APPLICATION WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT;

   Loyd Landon Sorrow, Applicant, Pro Se, respectfully moves this honorable Court for leave to file the attached Motion for Rehearing of his Application for Writ of Habeas Corpus on Actual Innocence, Brady/Gigli violation, supported by New Evidence not ever before available, and included within.

Sincerely and Respectfully
Submitted;

*Loyd Landon Sorrow*
04-22-15

Loyd Landon Sorrow - TDCS# 1134505
C.T. Terrell Unit - 1 Boot #16
1300 F.M. 655
Roshanon, Texas
77583

1.

Writ No. WR-61,919-11

Trial Cause No. 874978-D

EXPARTE
LOYD LANDON SORROW

§
§
§

## MOTION FOR REHEARING OF APPLICATION FOR WRIT OF HABEAS CORPUS EN BANC

TO THE HONORABLE COURT OF CRIMINAL APPEALS;

COMES NOW Loyd Landon Sorrow, Applicant, pro se in the above styled and numbered cause, and respectfully submits this Motion for Rehearing EN BANC in accordance to Texas Rules of Appellate Procedures # 76 (d) and (f), and requests a written opinion pursuant to Rule # 77, and a ruling under # 78.1 (c), (d) or 78.3.

The applicant will offer the following in accordance to Texas Rules of Appellate Procedure Rule # 79(s) because there are substantial intervening circumstances on New Evidence supporting Actual Innocence, Brady/Giglio Violations, and Denial of Due Process Rights, provided by both Texas and United States Constitutions.

I.

Submitted with this Motion, I have provided a true and correct copy of an Affidavit by Marla Jan Santini, who was an eye witness of the states only witness refuseing to cooperate in any type of trial proceedings, Refuseing to corroberate any charges, refuseing confrontation, refuseing to speak to the states prosecutor, refuseing any participation with the charges

‡

in the cause of 874978, or to give witness for or against the applicant at a trial.

Only three people was in the States Prosecutors office, and Moela Jan Santini was one of them.

She only now revealed to me that the States witness withdrew.

The prosecutor came to me angry and in a loud voice told me "we were going trial!"

He "NEVER" gave me in information about not having a witness or any evidence.

This sheds doubt on the truthfulness of the accuracy of the information on the indictment on this case.

## II.

Judge Wallace of the 263rd Judicial District Court of Harris County in Houston Texas, requested that the State Prosecutor give a response if my Due Process Rights have been violated in regard to Ms. Santini's Affidavit.

The State said that it never recieved the affidavit and made a proposed answer with out Reviewing the Affidavit, and never answered if my Due Process Rights had been violated.

The trial court adopted the States Answer, without a hearing or sending a copy of the Affidavit to the State, at which it was shuffled off to the Court of Criminal Appeals.

Now this same Habeas corpus petition has been dismissed without any answer on the New Evidence

## III.

This new evidence should be taken seriously because it reveals prosecutorial misconduct, and establishes my Claim of Innocence.

Article I sec. 12 of the Texas Constitution commands "The writ of habeas corpus is a writ of of right, and shall never be suspended."

A hearing is due on this new evidence to bring about the truth, and resolution on the merits to free an innocent man. Without it I can't appeal. see, Ex parte Strong 30 sw 666 (Tex. Crim. App 1895)

### PRAYER

The applicant prays that this Honorable Court remands the applicants Habeas petition/application for a hearing on the merits of the case, and a review of the new evidence by the States Attorneys, with a proper answer about the Due Process Rights of the applicant as is required by their Oath of Office provided by State and Federal Constitutions.

### UNWORN DECLARATION

I hereby swear for fear of perjury that all of the foregoing is true and correct to the best of my abilities and knowledge.

_(signature)_ Applicant     04/21/15

Loyd London Sorrow #1834905
C.T. Terrell Unit - 1 Bld #16
1300 FM 655
Rosharon, Tx 77583

cc: File 1 of 3

3.

## CERTIFICATE OF SERVICE

I Loyd Landon Sorrow, do hereby certify that a true and correct copy of the above motion for rehearing, request for leave to file motion for rehearing and the Affidavit by Marla Jan Santini has been/will be served to the State's Attorney pursuant to Texas Rules of Appellate Procedure #79.7 and 68.11 by sending a postage paid envelope to the Clerk Abel Acosta in the Court of Criminal Appeals to copy the Affidavit and send with the forementioned motions to;

State Prosecuting Attorney of Texas
P.O. Box #12405
Austin, Texas

Sent to the above mention Clerk on <u>04-22-15</u>.

*Loyd Landon Sorrow*
Loyd Landon Sorrow
PRO-SE
#1134905
C.T. Terroll Unit-1Boot#16
1300 FM 655
Rosharon, Texas 77583